IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL L. NORED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-24-00724-JD |

## ORDER

Before the Court is Defendant Commissioner of Social Security Administration's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four ("Motion"). [Doc. No. 11]. Under 42 U.S.C. § 405(g), sentence four provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

The Motion states that "[t]he agency has further reviewed this case and determined that a remand for further proceedings under sentence four of 42 U.S.C. § 405(g) is appropriate." Motion at 1. Plaintiff does not oppose the Motion. *Id*.

Upon consideration of the Motion, and with there being no objection, the Court GRANTS the Motion. Accordingly, under sentence four of 42 U.S.C. § 405(g), the Court REVERSES the decision of the Commissioner and REMANDS the case for further administrative proceedings. The Court will enter a separate judgment under Federal Rule

of Civil Procedure 58 and consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).

      IT IS SO ORDERED this 12th day of November 2024.

                                               [signature]
                                            JODI W. DISHMAN
                                            UNITED STATES DISTRICT JUDGE